1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GEORGE ENRIQUE HERBERT,          Case No. EDCV 16-0464 MWF (SS)

12                 Petitioner,

13      v.                                    **JUDGMENT**

14   CALVIN JOHNSON, Warden,

15                 Respondent.

16

17       Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED: September 20, 2016

25                                   _____
                                     MICHAEL W. FITZGERALD
26                                   UNITED STATES DISTRICT JUDGE

27

28